■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE WARREN, Appellant. [668 NYS2d 92] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 21, 1993 (*People v Warren*, 194 AD2d 756), affirming a judgment of the Supreme Court, Suffolk County, rendered July 11, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Rosenblatt, J. P., Copertino, Santucci and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARVIN BOSTON, Appellant, v WARDEN, Respondent. [668 NYS2d 96] —In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Richmond County (Rienzi, J.), dated June 19, 1996, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

We have reviewed the record and agree with the petitioner's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Mangano, P. J., Joy, Altman and Luciano, JJ., concur.